## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

**v.**                                **No. 4:16-cv-623-DPM**

**$160,000.00 SEIZED FROM FIRST**
**ARKANSAS BANK & TRUST SAFE**
**DEPOSIT BOX 208000022;** *et al.*                          **DEFENDANTS**

### DECREE OF FORFEITURE

**1.** The United States has filed a verified complaint *in rem* for forfeiture, served the complaint on all required parties, and published notice of this action. № 1 & 2; 18 U.S.C. § 983; Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. No one has filed a claim or answer or otherwise defended the action; and the Clerk has entered a Clerk's default. № 3.

**2.** The United States's motion for a default judgment and a decree of forfeiture, № 4, is granted. FED. R. CIV. P. 55(b)(2). The Court declares the following property forfeited to the United States:

- $160,000.00 seized from First Arkansas Bank & Trust safe deposit box 208000022;

- $111,433.46 seized from Centennial Bank account xxxxx981;

- $34,823.57 seized from Arkansas Bank & Trust account xxxxx996;
- $25,188.00 in cash seized from Lakhvir Kaur's bedroom at 8 South Broadway, Damascus, AR;
- $13,555.23 seized from Homebank account number xxxxx552;
- $7,528.00 in cash seized from Amarjit Singh's bedroom at 8 South Broadway, Damascus, AR;
- $5,819.39 seized from Homebank account number xxxxx825; and
- $3,951.00 seized from R.S.'s bedroom at 8 South Broadway, Damascus, AR.

Title to all this property is now vested solely in the United States. All prior claims in and against all the defendant property are extinguished and declared void. All the defendant property must be turned over to the United States Marshals Service and disposed of according to law.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_15 December 2016_